KEVIN R. NIMMONS, SBN 261577
    knimmons@rppmh.com
ANDREW W. HAZLETT, SBN 305885
    ahazlett@rppmh.com
REICKER, PFAU, PYLE & McROY LLP
1421 State Street, Suite B
Santa Barbara, CA 93101
Tel (805) 966-2440
Fax (805) 966-3320

*Attorneys for Plaintiff/Judgment Creditor*
*Sphear Investments, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SPHEAR INVESTMENTS, LLC, | CASE NO.     2:11-cv-05345-AHM-PLA |
| Plaintiff, | |
| v. | **RENEWAL OF JUDGMENT BY CLERK** |
| SUNGLASS INTERNATIONAL - SANTA BARBARA, LLC, et al. | |
| Defendants. | |

1           Based upon the Application for Renewal of Judgment by Clerk of the July 30, 2012 Default

2    Judgment against Defendant Sunglass International – Santa Barbara, LLC [Dkt. 91], and pursuant

3    to F.R.C.P. 69(a) and California Code of Civil Procedure §§ 683.110 through 683.320, and for

4    good cause appearing therefore:

5           The Judgment entered July 30, 2012 in favor of Plaintiff Sphear Investments, LLC and

6    against Defendants Sunglass International – Santa Barbara, LLC and Doyle Betsill, jointly and

7    severally, be the same and is hereby **RENEWED** in the amounts as set forth below:

8

9           Renewal of Money Judgment:

10

| | | |
|---|---|---|
| a. | Total Judgment | $ 216,396.28 |
| b. | Costs After Judgment | $        0.00 |
| c. | Subtotal (*add a and b*) | $ 216,396.28 |
| d. | Credits After Judgment | $        0.00 |
| e. | Subtotal (*subtract d from c*) | $ 216,396.28 |
| f. | Interest After Judgment (*rate of 0.17% per annum*) | $    3,676.31 |
| g. | Fee for Filing Renewal Application | $        0.00 |
| h. | **Total Renewed Judgment** (*add e, f, and g*) | **$ 220,072.59** |

Dated:   June 22, 2022                    By: _Sharon Hall Brown_
                                                        Deputy Clerk

KIRY K. GRAY, Clerk of Court
U.S. District Court